# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:07-cr-229-J-32MCR |
| | USM NUMBER: 32249-018 |
| ISRAEL HERNANDEZ-ALBARRAN | |
| | Defendant's Attorney: David Austin Makofka |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers One and Two (1 & 2) of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Re-entry of a Removed Alien | April 29, 2008 |
| 2 | Illegal Re-entry to the United States after Deportation | April 29, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 1, 2008

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: October __2__, 2008

| | |
|---|---|
| Defendant: ISRAEL HERNANDEZ-ALBARRAN | Judgment - Page 2 of 2 |
| Case No.: 3:07-cr-229-J-32MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: THREE (3) MONTHS, to run consecutively with defendant's imprisonment pursuant to the Judgment in the Middle District of Florida, Case No. 3:08-cr-194-J-32JRK.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration in FCI Coleman or in the State of Texas**

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.   p.m.   on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL